[No. 9315.  Department Two.  August 25, 1911.]

LITTLE BILL or MAQUIQUI, *Appellant*, v. JESSIE A. DYSLIN *et al.*, *Respondents*.[1]

Appeal from a judgment of the superior court for Pierce county, Clifford, J., entered May 21, 1910, upon findings in favor of the defendants, after a trial on the merits before the court without a jury, in an action of ejectment  Affirmed.

*E. D. Wilcox* and *Wesley Lloyd*, for appellant.

*Boyle, Warburton & Brockway* and *J. J. Anderson*, for respondents.

PER CURIAM.—This action was commenced by Little Bill or Maquiqui, against Jessie A. Dyslin and others, to recover possession of certain Puyallup Indian land in Pierce county.  From a judgment in favor of the defendants, the plaintiff has appealed.

The issues here raised involve the same questions presented on appeal in the cause of *Little Bill v. Swanson, ante* p. 650, 117 Pac. 481. Upon the authority of the opinion in that cause, filed on this date, the judgment herein is affirmed.

[1]Reported in 117 Pac. 487.